**AARON, DAUTCH, STERNBERG & LAWSON, LLP**

WILLIAM E. LAWSON
ROBERT C. BOEHM
FRANCIS P. WEIMER

COUNSELLORS AT LAW
CONVENTION CENTER TOWER
43 COURT STREET • SUITE 730
BUFFALO, NEW YORK 14202-3172
TEL: (716) 854-3015
FAX: (716) 854-1716

HOWARD AARON
(1892-1952)
CHARLES DAUTCH
(1898-1979)
LOUIS STERNBERG
(1908-1996)

*Receipt #11091490*
*$2.85*

March 15, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re: (Case Name) Ripple, Kenneth T. Jr., & Ripple Brenda L. / Case #09-15358-CLB
        Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $2.85. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

    _X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant: LVNV Funding LLC   Amount $ 2.85   Claims Register # 9

                                                     Trustee Name: William E. Lawson



FILED MAR 15 2011
BANKRUPTCY COURT
BUFFALO, N.Y.